**JS6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UTOPIA DEVELOPMENT, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>MARKEL INSURANCE COMPANY, an Illinois corporation,<br><br>    Defendant | Case No. 2:22-cv-08169-SPG-MAA<br><br>**ORDER ON STIPULATION AND JOINT MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

# ORDER

This Court, having read and considered the Parties' Stipulation and Joint Motion to Dismiss Entire Action with Prejudice ("Stipulation"), and finding good cause therefore orders as follows:

1. The Parties' Stipulation is granted.

2. The entire case is dismissed with prejudice with each party to bear its own attorney fees and costs.

**IT IS SO ORDERED.**

Dated: March 9, 2023

Hon. Sherilyn Peace Garnett
United States District Court Judge